435 A.2d 657

Feingold, Appellant v. Reserve Insurance, Co.

Argued December 4, 1980. Allen Feingold, appellant, in propria persona; Joseph M. Hankins, for appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.

435 A.2d 657

Harris Olds, Inc. v. Malin, Appellant.

Submitted June 29, 1979. Michael H. Malin, appellant, in propria persona; Douglass Kissell, for appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order affirmed.

* President Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania is sitting by designation.